# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-01635 JVS (FMOx) | Date June 21, 2011 |
| Title Lois M. Kempff v. Mortgage Electronic Registration System et al. | |

Present: The Honorable    James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

On May 20, 2011, the Court granted defendant's motion to dismiss without prejudice in part. Plaintiff was granted leave to replead rher rescission claim. As of today, an amended complaint has not been filed.

The Court hereby ORDERS plaintiff to show cause, in writing, not later than June 30, 2011, why this action should not be dismissed for lack of prosecution.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |